In the Matter of the Claim of SAUL TUBIS, Respondent, against H. WEADERHORN, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted February 25, 1941; decided April 17, 1941.

*Jeremiah F. Connor* for appellants.

*Albert Adams* and *William I. Levy* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.